The HANOVER INSURANCE
CO., Respondent,

v.

K & K CAR REPAIR, INC., Appellant.

No. 73678.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 6, 1998.

Steven M. Davis, Arnold, for appellant.

John H. Marshall, Burns & Marshall, LLP, Clayton, for respondent.

Before GARY M. GAERTNER, P.J., and HOFF and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Appellant, K & K Car Repair, Inc., appeals the judgment of the Circuit Court of Jefferson County entered in favor of respondent, The Hanover Insurance Company, on its replevin action. We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurispru-dential purpose, we affirm the judgment pursuant to Rule 84.16(b).